**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 9:26-cv-81129-EA**

**Dr. Jimmy Lafaille,**

Plaintiff.

**JPMorgan Chase Bank, N.A.,**

Defendant.
________________________________/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court on the Plaintiff's pro se Application to Proceed in Forma Pauperis ("Application") [ECF No. 3], various filings seeking emergency injunctive relief [ECF Nos. 1, 4, 5, 7, 8] (collectively, "Emergency Requests"), and Magistrate Judge Ryon McCabe's Report and Recommendation on the Application and (the "Report"). [ECF No. 10]. Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 3]** is **AFFIRMED.**
2. This Complaint **[ECF No. 1]** is **DISMISSED WITHOUT PREJUDICE, with LEAVE TO AMEND.**
3. The Plaintiff may file an amended complaint within **30 DAYS** of the date of this Order. Failure to file an amended complaint by the deadline may result in **dismissal of the case** without further notice.
4. The Emergency Requests **[ECF Nos. 1, 4, 5, 7, 8]** are **DENIED WITHOUT PREJUDICE.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 5th day of October 2026

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jimmy Lafaille**
1489 W. Palmetto Park Road, S410
Boca Raton, FL 33489
561-702-6309
PRO SE