**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 26-cv-81129-EA**

**Jimmy LaFaille,**

Plaintiff.

**JPMorgan Chase Bank, N.A.,**

Defendant.

__________________________________/

**ORDER AFFIRMING REPORT AND RECOMMENDATION**

THIS CAUSE came before the Court on Magistrate Judge Bruce Reinhart's Report and Recommendation (the "Report") [ECF No. 18] on the Plaintiff's Motion for Temporary Restraining Order [ECF No. 7], Motion for Temporary Restraining Order [ECF No. 8], and Motion for Leave to Proceed in Forma Pauperis [ECF No. 3].

Being fully advised, it is **ORDERED AND ADJUDGED** that,

1. The Report **[ECF No. 18]** is **AFFIRMED.**
2. All pending motions in this case are **DENIED without prejudice, but without leave to amend in this case.**
3. The above-styled case is hereby **CONSOLIDATED** into **26-cv-81082** for further adjudication on the merits.
4. The Clerk of Court is instructed to **CLOSE** this case. All pending motions are **DENIED AS MOOT** and all deadlines are **TERMINATED.**

**DONE AND ORDERED** in Chambers in West Palm Beach, Florida, this 3rd day of November 2026.

**ED ARTAU**
**UNITED STATES DISTRICT JUDGE**

Copies Served:

**Jimmy Lafaille**
1489 W. Palmetto Park Road, S410
Boca Raton, FL 33489
561-702-6309
PRO SE